Argued and submitted May 17, affirmed June 19, 1991

In the Matter of the Compensation of
John O. Fisher, Claimant.

John O. FISHER,
*Petitioner,*

*v.*

DEPARTMENT OF FORESTRY
and SAIF Corporation,
*Respondents.*

(89-11179; CA A66957)

813 P2d 580

Christine Jensen, Eugene, argued the cause for petitioner. With her on the brief was Malagon, Moore & Johnson, Eugene.

John Reuling, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Claimant challenges the Workers' Compensation Board's denial of his request for attorney fees that was based on SAIF's failure to provide discovery within 15 days of his demand for documents. Because claimant's demand occurred before his request for a hearing, the 15-day requirement did not apply. *O'Leary v. Valley View Cutting,* 107 Or App 103, 810 P2d 1324 (1991).

Affirmed.